**RIDER TO SUMMONS**

DePuy Orthopaedics, Inc.
700 Orthopaedic Drive
Warsaw, IN  46581

DePuy, Inc.
700 Orthopaedic Drive
Warsaw, IN  46581

DePuy International Limited
St. Anthonys Road
Beeston
Leeds West Yorkshire
LS11 8DT, United Kingdom

Johnson & Johnson
One Johnson and Johnson Plaza
New Brunswick, NJ  08901

Johnson & Johnson International
One Johnson and Johnson Plaza
New Brunswick, NJ  08901

Johnson & Johnson Services, Inc.
One Johnson and Johnson Plaza
New Brunswick, NJ  08901